**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUENAS GONZALEZ IVAN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al*.,<br>Respondents. | Case No. 5:26-cv-03381-JFW-DMK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition is denied without prejudice;
3. Judgment shall be entered denying the Petition;

//

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

Dated: October 2, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE