JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DUENAS GONZALEZ IVAN,
Petitioner,
v.
MARKWAYNE MULLIN, *et al*.,
Respondents.

Case No. 5:26-cv-03381-JFW-DMK

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It is hereby ADJUDGED that the Petition for Writ of Habeas Corpus is denied.

DATED: October 2, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE